WILLIAM T. WILLEY *versus* INHABITANTS OF GREENFIELD.

In drawing an order upon the treasurer, in payment of a debt due from the town, the selectmen have authority to make it negotiable in its form.

The receiving of a town order by the collector in payment of taxes, is not, of itself, a payment of the order.

AN ORDER, for a valuable consideration, payable to the bearer, was drawn by the selectmen upon the treasurer of the town. It was immediately passed by the holder into the hands of the collector, in payment of taxes, and he afterwards negotiated it to the plaintiff.

*J. & M. L. Appleton,* for the defendants, contended —

1st. That the selectmen had no authority to issue negotiable paper; that they could only draw upon funds, and that therefore the defendants are not bound.

2. That the collector is to be considered, in this respect, as an agent of the town; and the discharge of taxes, due to the town, to the amount of the order, was a payment of the order.

*Sewall,* for plaintiff.

PER CURIAM. — The mere fact that an order gets into the possession of the collector, in payment of taxes, is not a payment of the order, unless some further act was done, evidential of that intent.

The defence is not made out.     *Judgment for plaintiff.*